No. 469. THE PULLMAN COMPANY *v.* STATE INDUSTRIAL COMMISSION. October 11, 1920. Petition for a writ of certiorari to the Supreme Court, Appellate Division, Third Department, of the State of New York granted. *Mr. Maurice C. Spratt* and *Mr. H. Prescott Gatley* for petitioner: *Mr. E. Clarence Aiken* for respondent.

---

No. 491. WESTERN UNION TELEGRAPH COMPANY *v.* ESTEVE BROTHERS & COMPANY. October 18, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Rush Taggart, Mr. Francis Raymond Stark, Mr. W. B. Spencer* and *Mr. Joseph P. Egan* for petitioner. *Mr. Monte M. Lemann* for respondent.

---

No. 511. EDWARD S. ATWATER *v.* STEPHEN G. GUERNSEY ET AL., TRUSTEES, ETC., ET AL. October 18, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Abram J. Rose* for petitioner. *Mr. R. D. Whiting* for respondents.

---

No. 521. UNION TOOL COMPANY *v.* ELIHU C. WILSON. October 18, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Melville Church, Mr. A. V. Andrews, Mr. Frederick S. Lyon* and *Mr. William K. White* for petitioner. *Mr. F. W. Clements* for respondent.